15000343-1  Docket 161110/17
Div 13

# United States of America

Exhibit 1.

E-1574, TCSES 294971
S-3438, TCSES 1214099
H-2736, TCSES 1011625

## DEPARTMENT OF STATE

*To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Tennessee, and that such Seal(s) is are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility
This certificate is not valid if it is removed or altered in any way whatsoever*

True Copy

**For Administrative Use Only**

Exhibit

[Signature: Goldie L. Lacey]

True Copy

My Commission Expires:
December 15, 2015

[Notary Seal: GOLDIE L. LACEY, STATE OF TENNESSEE NOTARY PUBLIC, SHELBY COUNTY]

In testimony whereof, I, John F. Kerry, Secretary of State have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this sixth day of October, 2014.

By _____

Secretary of State

Assistant Authentication Officer,
Department of State

*Issued pursuant to CHXIV State of Sept 15, 1789, 1 Stat. 68-69, 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

E1576-2948M
S3438,1214099
H2736 1011625

# STATE OF TENNESSEE
## Tre Hargett, Secretary of State
Division of Business Services
William R. Snodgrass Tower
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## CERTIFICATE OF AUTHENTICATION

I, TRE HARGETT, Secretary of State of the State of Tennessee, do hereby certify that TERESA S. HENDRICKS is (or was) the State Registrar for the State of Tennessee and the person authorized to certify BIRTH CERTIFICATES in the State. I further certify that to the best of my knowledge, information and belief, the signature to the attached BIRTH CERTIFICATE is the true and genuine signature of the said TERESA S. HENDRICKS, State Registrar for the State of Tennessee at the time of signing.

**In Witness Whereof**, I have hereto affixed my signature and the Great Seal of the State of Tennessee, at Nashville, this 26th day of August in the year of our Lord Two Thousand Fourteen.

_Tre Hargett_
Secretary of State

by _Anne Hackney_

_Goldie L. Lacey_
True Copy
My Commission Expires:
December 15, 2015

GOLDIE L. LACEY
STATE OF TENNESSEE
NOTARY PUBLIC
SHELBY COUNTY

Document #   14-08891

To verify authenticity, visit http://tnbear.tn.gov/apostille/verify.aspx and enter the document # from this certificate.
For further information please contact the Business Services Division at (615) 741-0536.

E-1574, 294971
S-3438, 1214099
H-2736, 1011625

Docket # 8/17

# CERTIFICATE OF LIVE BIRTH
DEPARTMENT OF PUBLIC HEALTH – STATE OF TENNESSEE – DIVISION OF VITAL STATISTICS

1. NAME OF CHILD: Anthony DeCarlo Hayes
NO. 141-4241

2. SEX: Male
3A. THIS BIRTH: SINGLE ☑ TWIN ☐ TRIPLET ☐
3B. IF TWIN OR TRIPLET, THIS CHILD BORN 1ST ☐ 2ND ☐ 3RD ☐
4. DATE OF BIRTH: -64

5. PLACE OF BIRTH:
A. COUNTY: Shelby
B. CIVIL DISTRICT:
C. CITY OR TOWN: Memphis
D. INSIDE CITY LIMITS? YES ☑ NO ☐
E. NAME OF HOSPITAL: JOHN GASTON HOSPITAL

6. USUAL RESIDENCE OF MOTHER:
A. STATE: Tenn.
B. COUNTY: Shelby
C. CIVIL DISTRICT:
D. CITY OR TOWN: Memphis
E. INSIDE CITY LIMITS? YES ☑ NO ☐
F. STREET ADDRESS: 1446 Lyceum
G. IS RESIDENCE ON A FARM? YES ☐ NO ☑

**FATHER OF CHILD**

7. FULL NAME: Earnest Ray Hayes
8. COLOR OR RACE: Negro
9. AGE: 22 YEARS
10. BIRTHPLACE: Tenn
11A. USUAL OCCUPATION: Laborer
11B. KIND OF BUSINESS OR INDUSTRY: Railroad

**MOTHER OF CHILD**

12. FULL MAIDEN NAME: Zola Erma Shipp
13. COLOR OR RACE: Negro
14. AGE: 22 YEARS
15. BIRTHPLACE: Tenn
16A. USUAL OCCUPATION: H. Wife
16B. KIND OF BUSINESS OR INDUSTRY:

17. PREVIOUS DELIVERIES TO THIS MOTHER:
A. HOW MANY OTHER CHILDREN ARE NOW LIVING? 1
B. HOW MANY OTHER CHILDREN WERE BORN ALIVE BUT ARE NOW DEAD? 0
C. HOW MANY FETAL DEATHS? 0

18. MOTHER'S MAILING ADDRESS: 1446 Lyceum Memphis Tennessee

19. SIGNATURE:
A. NAME: William N. Richardson M.D. ☑ D.O. ☐ MIDWIFE ☐ OTHER ☐
B. ADDRESS: JOHN GASTON HOSPITAL
C. DATE SIGNED: APR 9 1964

20A. REGISTRATION DISTRICT NO.: 791
20B. DATE RECEIVED BY LOCAL REGISTRAR: APR 13 1964
20C. REGISTRAR'S SIGNATURE: L.M. Graves by Sue Lackey, Deputy

5063568

I hereby certify the above to be a true and correct copy of the original document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Department of Health. Alteration or erasure voids this certification.
Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977

Dorris Conner
Local Registrar
Shelby County

FEB 14 2012

Teresa S. Hendricks
STATE REGISTRAR

Date Issued

CERTIFICATION OF VITAL RECORD

DOCKET / 01101/
E-1574, 29497P
S-3438, 1214099
H-2736, 1011625

## Affidavit of Ownership

I affirm that the following statement is the truth, the whole truth and nothing but the truth.

That I am familiar with the facts recited, stating that the party named in said birth certificate is the same party as one of the owners named in said certificate of title. That the party named in said birth certificate is the said **registered owner** as having attained the age of the majority at a date 18 years after the date of birth shown by said certificate.

In Good Faith, Truth and Honor,
I Am: _Hayes, Anthony_   29th Day of August, 2015
hayes; anthony  Authorized Representative, Creditor Heir
All Rights Reserved: U.C.C. 1-308/1-207; U.C.C. 1-103

**State of Tennessee**

  }  Scilicet

**County of Shelby**

On this 29th day of August, in the year Two Thousand and Fifteen, before me _____ the undersigned officer, personally appeared hayes. anthony, of 4554 Tammy Cove, Memphis, Tennessee 38116 the Authorized representative and Beneficiary of the Trust, known to me (or satisfactorily proven) to be the man whose appellation is subscribed to the within instrument, **Affirmation of Ownership**, and acknowledged that she executed the same for the purposes therein contained;

In witness whereof, I hereunto set my hand and official seal,

_Goldie L. Lacey_
Notary Public

Seal

[Notary Seal: GOLDIE L. LACEY, STATE OF TENNESSEE NOTARY PUBLIC, SHELBY COUNTY]

Commission Expires:
December 15, 2015